UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTEMIO CAMACHO-CASTANEDA,<br><br>    Defendant. | Case No. 06cr0956-BTM<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for July 5, 2007 be continued until **Thursday, August 2, 2007, at 2:30 p.m.**

**IT IS SO ORDERED**.

DATED: July 2, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge